ROBERT PATRICK STICHT (SBN 138586)
Law Offices of Robert Patrick Sticht
P.O. Box 49457
Los Angeles, CA  90049
Telephone:   (310) 889-1950
Facsimile:   (310) 889-1864
Email:       LORPS@verizon.net

Attorney for Real Party In Interest,
JUDICIAL WATCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, LORI NIXON, LARRY STEFL, <br><br>    Plaintiffs/Petitioners, <br><br> v. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT, DONALD EVANS, JANET LEVENSON, <br><br>    Defendants/Respondents. <br><br> ——————————————— <br><br> JUDICIAL WATCH, <br><br>    Real Party In Interest. | CASE NO.:  17-cv-06282-VC <br><br> STIPULATION PERMITTING JUDICIAL WATCH TO INTERVENE; AND [PROPOSED] ORDER <br><br><br><br><br><br><br><br> Hon. Vince Chhabria |

# RECITALS

A. On October 30, 2017, Yvette Felarca, Lori Nixon, and Larry Stefl ("Plaintiffs") filed a Verified Complaint and Petition for Writ of Mandamus as a putative class action against the Berkeley Unified School District, Donald Evans, and Janet Levenson ("Defendants"), naming Judicial Watch as real party in interest. Plaintiffs also filed a Motion for Temporary Restraining Order and/or Preliminary Injunction. On October 31, 2017, the Court issued a tentative Order Re: Application for Temporary Restraining Order, and on November 1, 2017, the Court issued a Scheduling Order Re: Application for Temporary Restraining Order. On November 3, 2017, Defendants filed an Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction. Defendants also filed a Notice to Judicial Watch Pursuant to Federal Rule of Civil Procedure 24. On November 3, 2017, Judicial Watch filed a Notice of Intent to Intervene. On November 9, 2017, the Court issued an Order Re: Temporary Restraining Order and Intervention, and Order to Show Cause Why Preliminary Injunction Should Not Issue ("TRO").

B. On November 20, 2017, Plaintiffs filed a Verified First Amended Complaint and Petition for Writ of Mandamus as a putative class action against Defendants, naming Judicial Watch as real party in interest.

C. On November 3, 2017, Defendants filed a Notice to Judicial Watch Pursuant to Federal Rule of Civil Procedure 24. On the same date, Judicial Watch filed a Notice of Intent to Intervene. In its TRO, the Court stated Judicial Watch will likely be permitted to intervene if it so moves. Furthermore, if the motion is not opposed, Judicial Watch may file an administrative motion under Local Rules 7-11 and 7-12.

D. Judicial Watch requested the stipulation of Plaintiffs and Defendants and their counsel. Plaintiffs, Defendants, and counsel have all stipulated to the intervention of Judicial Watch.

# STIPULATION

Plaintiffs, Defendants, and their counsel, and Judicial Watch, by and through their attorneys of record, hereby stipulate and request that the Court make this stipulation an order of the Court:

1. Judicial Watch shall be permitted to intervene in this action as the real party in interest

pursuant to Federal Rule of Civil Procedure 24.

Dated:  November 29, 2017	Respectfully submitted,

LAW OFFICES OF ROBERT PATRICK STICHT

By:   /s/ Robert Patrick Sticht.
        ROBERT PATRICK STICHT

Attorney for Real Party In Interest,
JUDICIAL WATCH


Ronald Cruz
Shanta Driver*
UNITED FOR EQUALITY AND AFFIRMATIVE ACTION LEGAL DEFENSE FUND (UEAALDF)
1985 Linden Street
Oakland, CA 94607
Phone: (510) 875-4463 / Fax: (313) 586-0089
Email: ronald.cruz@ueaa.net
*Pro Hac Vice

By:    /s/ Ronald Cruz
         RONALD CRUZ

Attorneys for Plaintiffs/Petitioners,
Yvette Felarca, Lori Nixon, Larry Stefl


Jerome Schreibstein
Mark S. Posard
GORDON REES SCULLY MANSUKHANI LLP.
275 Battery Street
Suite 2000
San Francisco, CA 94111
Phone: (415) 986-5900 / Fax: (415) 986-8054
Email: Jschreibstein@grsm.com

By:    /s/ Jerome Schreibstein
         JEROME SCHREIBSTEIN

Attorneys for Defendants/Respondents,
Berkeley Unified School District,
Donald Evans, Janet Levenson

# [PROPOSED] ORDER

Having considered the above stipulation to permit Judicial Watch to intervene pursuant to Federal Rule of Civil Procedure 24, Judicial Watch is allowed to intervene in this action as the real party in interest.

IT IS SO ORDERED.

Dated: December 1, 2017

_____
Honorable Vince Chhabria
United States District Judge