UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No. 17-cv-06282-VC<br><br>**ORDER DENYING MOTIONS TO SEAL AND GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Re: Dkt. Nos. 2, 34, 38 |

    1. The motions to seal declarations in support of the original complaint and the first amended complaint are denied, without prejudice to renewing the motions. Any renewed motion must be filed by no later than January 5, 2018. In any renewed motion, the plaintiffs' counsel must comply with paragraph 21 of the court's standing order. The plaintiffs must also narrowly tailor any motion to seal. It appears that the privacy and associational interests of the teachers and staff who have filed declarations can be fully protected by redacting portions of the declarations, while leaving the remainder of the declarations accessible to the public.

    2. The motion for leave to file an amicus curiae brief is granted.

    **IT IS SO ORDERED.**

Dated: December 20, 2017

_____
VINCE CHHABRIA
United States District Judge