UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, ET AL.,<br><br>    Plaintiff,<br><br>    v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendant. | 17-cv-06282-VC<br><br>**JUDGMENT** |

The Court has granted in part defendants' and Real Party in Interest's motions for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Donald Evans, Janet Levenson, and Judicial Watch on the plaintiffs' 42 U.S.C. § 1983 claims. In addition, the claims against BUSD are dismissed because that defendant is immune from suit under the Eleventh Amendment. The remaining state law claims are also dismissed. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: October 19, 2018

_____
VINCE CHHABRIA
United States District Judge