# DECLARATION OF LORI NIXON SUPPLEMENTING FINANCIAL AFFIDAVIT

I, Lori Nixon, hereby declare as follows:

1. I have personal knowledge of the following and, if called as a witness, can testify thereto if called.

2. I have been represented by United for Equality and Affirmative Action Legal Defense Fund (UEAALDF) on a *pro bono* basis, for my challenge to Judicial Watch's Public Records Act request.

I declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed this 26TH day of February 2019 in Berkeley, California.

_____
Lori Nixon