UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-06282-VC<br><br>**ORDER RE DOCUMENTS FILED UNDER SEAL**<br><br>Re: Dkt. No. 120 |

The plaintiffs were granted leave to file their financial affidavits under seal. *See* Dkt. No. 118. On March 6, 2019, they filed the incorrect documents under seal. *See* Dkt. No. 120. The documents they filed are already filed publicly on the docket. *See* Dkt. No. 117. The plaintiffs have until Monday, March 11, 2019 to file the correct documents under seal if they wish for them to be considered.

    **IT IS SO ORDERED.**

Dated: March 8, 2019

_____
VINCE CHHABRIA
United States District Judge