1    SHANTA DRIVER, Michigan Bar No. P65007*
     RONALD CRUZ, State Bar No. 267038
2    United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
     755 McAllister Street
3    San Francisco, CA 94102
     (313) 683-0942 Fax: (313) 586-0089
4    ronald.cruz@ueaa.net, shanta.driver@ueaa.net
     Attorneys for Plaintiffs/Petitioners
5    *Appearing *pro hac vice*

6

7

8                            UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
9

10   YVETTE FELARCA, LORI NIXON, LARRY          CASE NO. 3:17-cv-06282-VC
     STEFL,
11
     Plaintiffs/Petitioners,                    CERTIFICATE OF SERVICE
12
     vs.
13                                              Judge:        Hon. Vince Chhabria
     BERKELEY UNIFIED SCHOOL DISTRICT,
14   DONALD EVANS, JANET LEVENSON,

15   Defendants/Respondents.
     _____
16
     JUDICIAL WATCH,
17
     Real Party in Interest.
18   _____

19

20          I, RONALD CRUZ, am over eighteen years of age and am not a party to the above-titled

21   action. I served true and correct copies of the documents filed under seal as Docket #123, by

22   delivering them electronically to the following on February 21, 2019.

23          *Representing Defendants Berkeley Unified School District, Donald Evans and Janet
            Levenson:*
24

25          **Mark S. Posard**
            Gordon Rees Scully Mansukhani, LLP
26          3 Parkcenter Drive, Suite 200
            Sacramento, CA 95825
27          916-565-2900

Fax: 916-920-4402
Email: mposard@grsm.com

**Roy Albert Combs**
Fagen Friedman & Fulfrost LLP
70 Washington Street
Suite 205
Oakland, CA 94607
510-550-8200
Fax: 510 550-8211
Email: rcombs@f3law.com

**Jerome Schreibstein**
Law Office of Jerome Schreibstein
275 Battery Street, 18th Floor
Embarcadero Center West
San Francisco, CA 94111
415-875-3355
Fax: 415-358-9885
Email: jschreibstein@jschreiblaw.com


*Representing Real Party In Interest Judicial Watch:*

**Robert Patrick Sticht**
Judicial Watch, Inc.
425 Third Street, SW
Suite 800
Washington, DC 20024
202-646-5172
Fax: 202-646-5199
Email: rsticht@judicialwatch.org


BY:     /s/ Ronald Cruz
Ronald Cruz (State Bar No. 267038)
Shanta Driver* (Michigan Bar No. P65007)
755 McAllister Street
San Francisco, CA 94102
(510) 875-4463, Fax: (313) 586-0089
*Appearing *pro hac vice*

Dated: March 6, 2019